# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1783
Lower Tribunal No. 2016-CF-015154

_____

CARLOS DANTE REED,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Leticia Marques, Judge.

June 30, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.

Carlos Dante Reed, Wewahitchka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED